UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KE'ANDRE HUDSON,

                Plaintiff,

        -against-                    **ORDER**
                                    19-CV-1995(JMA)(AYS)

MR. ERROL TOULON, Sheriff, *et al.*,

                Defendants.
----------------------------------------------------------------X
SHIELDS, Magistrate Judge:

       The Court finds that *pro bono* counsel is warranted to represent Ke'Andre Hudson ("plaintiff") for the limited purposes of: (1) preparing and filing an amended complaint; and (2) viewing DVD footage produced during discovery and reporting its contents to plaintiff. Accordingly, the Court appoints Garnett H. Sullivan, Esq., 1080 Grand Avenue, Suite 200, South Hempstead, NY 11550 from the Court's *Pro Bono* Panel. Counsel shall file a Notice of Limited Appearance and contact plaintiff forthwith. The Clerk of the Court is directed to mail a copy of this Order to the plaintiff and Mr. Sullivan.

                                                     SO ORDERED.

                                                     Anne Y. Shields
                                                     United States Magistrate Judge

Dated: July 29, 2020
        Central Islip, New York